# Exhibit A to the Complaint

**Location:** Goodlettsville, TN  
**Total Works Infringed:** 29  
**IP Address:** 174.49.49.186  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7DBADCDBA76805764F4B248F666D7752B115C164<br>File Hash:<br>CD1955CD2C201B9B5B49AD96C10C18D0C0E2D0F96ACA5EB8BC0B2A4EA06D7B42 | 10/16/2024 02:22:19 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 2 | Info Hash: 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A<br>File Hash:<br>72CE6D567C6314591DDD39848E1D440C5B438BD4D01D997F28467EC659C5EE67 | 10/12/2024 00:46:54 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 3 | Info Hash: 42760C789DF05E530C33EE99321EA23F020F1E44<br>File Hash:<br>6E91C73710889210AA62845010E6ABDA3BC6CA50E41671610BF43D90293C58A4 | 10/06/2024 16:16:26 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 4 | Info Hash: 1914BFAB2A2FB7834795F1634BADFCD8731266CD<br>File Hash:<br>9EF714E9420DF54DA8C09A54F46A53593DEE380D14C4605927BF9DE2A9412FC0 | 10/06/2024 02:21:23 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 5 | Info Hash: 100AD215BC9B1F19BAB6E9C21020DCD28F5A9616<br>File Hash:<br>2D1365AF83805EB6556F23144F202DDDB569B870B7BF772985F91EBDD15FAFBB | 10/06/2024 02:18:19 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |
| 6 | Info Hash: 9D392B54D5FFE92319F3737CC962F7D65B301E64<br>File Hash:<br>40EF01F03984C9D13BF0456533F255FA6BE392C1D2C44303F39B3735E11C2590 | 09/13/2024 16:00:52 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 7 | Info Hash: 2F39721994555AEF825B8CA98989E8D0CE827B17<br>File Hash:<br>375D9E9D36A5A7BAC02D0F9CC47D2C9C7F032F53400C644D268A225E5EADCB51 | 08/27/2024 07:27:35 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 8 | Info Hash: C6669ADD9B0F3E67DCE328B4CAC96D5DFE08C0EE<br>File Hash:<br>38A94341615FFB732966A3BA32F7D3AB2EB62980609457FE788EC443FFB4181A | 08/27/2024 04:18:31 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 9 | Info Hash: CB10EEA8D9A514F1C181F0EF1FB0DE3E5F6ABEA2<br>File Hash:<br>4892C5AF3550DA73045A56C47B3336BE86ACFD11367D0B0AC994382B21CF4DD2 | 07/30/2024 03:20:16 | Slayed | 12/06/2022 | 01/05/2023 | PA0002393656 |
| 10 | Info Hash: AE67104F4F9A5DF0D5659BCB04BD09AD1F1E872D<br>File Hash:<br>A1F4FD116036B049EE12235B4ADCFBD0B1EC394937C30DC79449E55B0AD6E734 | 07/10/2024 07:37:41 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 11 | Info Hash: 763733FFB835D55809C044CBDFDAD947A58F1FA0<br>File Hash:<br>030321D1C2B27EE08835A6E1A3146753DA82E054FBD2DE77907C2EF7A9C9F0FA | 06/29/2024 16:30:08 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7C1E42C276E0C7DD8F5ECF32DE3E2D8B7287ECD7<br>File Hash:<br>8705DCA3DE7828991C273C773D6825954BD0EE293B37171D7B82CFEB20310DAC | 06/14/2024<br>01:12:42 | Slayed | 06/11/2024 | 09/05/2024 | PA0002491139 |
| 13 | Info Hash: 29A8F5574E95B70E6013548D83E7CC2B05C574C5<br>File Hash:<br>F76DB04753EAF30A67246C0909EA91558155A0144247D81A9CB11A72408FC33F | 03/18/2024<br>01:17:19 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 14 | Info Hash: 655096F41EB4FF155CB42A830AF304EF59B42EC1<br>File Hash:<br>C14ABC4446EB036BFD0E3010F25961E6DF2A45636B2C2E46876ED5A75C8D7326 | 03/14/2024<br>21:41:38 | Slayed | 03/05/2024 | 06/25/2024 | PA0002477541 |
| 15 | Info Hash: BD861F780E048C70CE7DD3CEF4076E46E150BC73<br>File Hash:<br>E1A39A207E060F84331B763A53F425B96F10B37E75432F5A3D702CEEC59FE9CE | 01/22/2024<br>09:28:30 | Slayed | 07/18/2023 | 08/22/2023 | PA0002431035 |
| 16 | Info Hash: 8ED49359271685D3A59DFD2ADD6195708775BAC5<br>File Hash:<br>D0924A97ACD6BA1719CCB8522D74F5FA794552B17BE0957DD2F0D22F0237982A | 12/14/2023<br>21:41:00 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 17 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 11/11/2023<br>20:46:30 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 18 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash:<br>C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 11/11/2023<br>17:32:40 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 19 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 11/11/2023<br>17:27:30 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 20 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash:<br>46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 11/11/2023<br>17:27:02 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 21 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash:<br>FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 11/11/2023<br>17:24:17 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 22 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 11/11/2023<br>17:23:24 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 23 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 11/11/2023<br>17:23:05 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash: B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 11/11/2023 05:23:01 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 25 | Info Hash: CF081C1AA3C18832F1E49B7F35A636FCED4B38BB<br>File Hash: 1E182D5162CA502BF36B2DABCAB371E73A03D7A60E9E9680FB65401ECC22F4F8 | 10/19/2023 00:41:03 | Slayed | 10/17/2023 | 12/07/2023 | PA0002446648 |
| 26 | Info Hash: 9C883E9525435CA3A4CA4A1530365E8E9A1B26F4<br>File Hash: 51157BC26FB0D875181E10FA3BAB90450DF40A7E0350312A99DBFF0B1B6C5EC3 | 10/05/2023 03:14:17 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 27 | Info Hash: 3834E8577B9918D217C6C65DEB0753BBD623DD19<br>File Hash: 39BA369C92FF7303935EFF074693305346F209FE0AD4BB4957BBFA9FDCBD7BAB | 08/16/2023 01:25:04 | Slayed | 04/04/2023 | 06/09/2023 | PA0002415743 |
| 28 | Info Hash: 64E09D933614B91BF2CE811B5988F35A362C408D<br>File Hash: EB198D5721A70EB511184F7897D8FC7819D7E6BFA6E2C37A945EB04B002439DE | 08/09/2023 05:29:47 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 29 | Info Hash: 5C9B75837B0530A665791A199D49DDA4682A6DE3<br>File Hash: 29F91D73260B7366549F4C22F1EA1024631BE7F67ACBE7685CAD1D4A9571F8F3 | 07/18/2023 02:18:26 | Slayed | 06/20/2023 | 07/14/2023 | PA0002427505 |